### HEATH *v.* DAVIS.

HUTCHESON, Justice. 1. There was sufficient evidence adduced on the trial of the case to authorize the charge by the court giving to the jury substantially the law as set out in the Code, § 37-116, that "Notice sufficient to excite attention and put a party on inquiry shall be notice of everything to which it is afterwards found such inquiry might have led. Ignorance of a fact, due to negligence, shall be equivalent to knowledge, in fixing the rights of the parties."

2. The evidence was sufficient to authorize the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur, except Russell, C. J., who dissents, and Beck, P. J., and Bell, J., absent because of illness.*

No. 11891. SEPTEMBER 16, 1937.

706

*Edwards & Edwards,* for plaintiff.
*Walter Matthews,* for defendant.